AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*          DISTRICT OF    NEVADA

TINA SMITH, et al.,

      Plaintiffs,          JUDGMENT IN A CIVIL CASE

V.

                                 CASE NUMBER: **3:05-CV-00176-LRH-RJJ**

GARY UNDERHILL, et al.,

      Defendants.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**_X_** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that Defendants' Motion for Summary Judgment (#58) is hereby GRANTED.

   March 26, 2008                                       **LANCE S. WILSON**
                                                             Clerk

                                                       /s/ Kalani Lizares
                                                       Deputy Clerk